**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 14, 2026

**BY EMAIL**
The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Gabriel Lozano Bonilla, a/k/a "Compadre,"***
**S1 15 Cr. 632 (JGK)**

Dear Judge Figueredo:

The Government writes to respectfully request that the Court issue an order unsealing the above-referenced Superseding Indictment. The defendant was extradited to the United States yesterday and will be making his initial appearance in this District today.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/______________
Katherine Cheng
Kaylan E. Lasky
David J. Robles
Assistant United States Attorneys
(212) 637-2550

SO ORDERED:

______________________
Hon. Valerie Figueredo, USMJ